UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Judgment Creditor,<br><br>   v.<br><br>JOHN CASTELUCCI<br>a/k/a JOHN CASTELLE,<br><br>        Judgment Debtor,<br><br>        and<br><br>ESTATE OF EUGENE CASTELLE,<br><br>        Garnishee. | 17 CR 0089 (CS)<br><br>**WRIT OF GARNISHMENT** |

TO: Lucille Tirado, Administrator
   ESTATE OF EUGENE CASTELLE
   c/o Rob Rickner, Esq.
   Rickner PLLC
   14 Wall Street, Suite 1603
   New York, New York 10005

  An application for a writ of garnishment against the property of judgment debtor JOHN CASTELUCCI, a/k/a JOHN CASTELLE, whose last known address is in Staten Island, New York, has been filed with this Court. On June 17, 2019, the Court entered a judgment against JOHN CASTELUCCI, a/k/a JOHN CASTELLE, in the amount of $150,100.00, plus interest. The balance due as of September 22, 2023 is $152,158.63.

  You are required by law to withhold and retain any property in which JOHN CASTELUCCI, a/k/a JOHN CASTELLE, has a substantial nonexempt interest and for which you have or may become indebted to JOHN CASTELUCCI, a/k/a JOHN CASTELLE, pending further order. You are required by law to file a written answer, under oath, within 10 days of service of

this writ stating whether or not you have in your custody, control or possession, any property belonging or owed to the judgment debtor, including but not limited to inheritance payment(s) from the decedent in the pending state court action *In re Estate of Eugene Castelle*, No. 2016-1117 (Sur. Ct., Richmond Co., NY). Property that is exempt and that is not subject to this writ is listed in the enclosed Clerk's Notice.

You must file the original answer to this writ with the Clerk of Court, United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, Attn: Arraignment Unit Room 520, and send a copy of your Answer to JOHN CASTELUCCI, a/k/a JOHN CASTELLE, and the United States Attorney's Office, 86 Chambers Street, New York, New York 10007, Attn: Financial Litigation Program. *See* 28 U.S.C. § 3205(c). A sample Answer Form is enclosed for your convenience. Please note that your answer will be publicly filed and redact personal identifying information and account number(s) accordingly.

If you fail to answer or withhold property in accordance with this writ, the United States of America may petition the Court for an order directing you to appear before the Court to show good cause why you failed to comply with the writ. If you fail to appear or do appear and fail to show good cause why you failed to comply with the writ, the court shall enter a judgment against you for the value of the judgment debtor's nonexempt interest in the property.

It is unlawful to pay or deliver to JOHN CASTELUCCI, a/k/a JOHN CASTELLE, any items attached by this writ. Do not deliver the property to the Clerk of Court yet. Instead, withhold and retain the property until the Court enters an order directing the disposition of the property.

Dated: New York, New York
September 22, 2023

So Ordered: *Cathy Seibel*

UNITED STATES DISTRICT JUDGE

Writ of Garnishment – Page 2